IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| BENNY TOWNSEND, | ) |
| Plaintiff, | ) Civil Action No.: |
| v. | ) |
| ARROW EXTERMINATORS, INC., | ) 4:17-cv-01828-VEH |
| Defendant. | ) |

## COMPLAINT

Plaintiff, by his undersigned attorneys, alleges upon information, belief and knowledge, as follows:

1. This is an action on behalf of Plaintiff, Benny Townsend, formerly employed by Arrow Exterminators, Inc., who is owed overtime compensation from the period beginning on or about November 1, 2015 until approximately April 2017. During this period, by virtue of Arrow Exterminators, Inc.'s failure to pay overtime to the Plaintiff, Defendant has violated the provisions of the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 et seq. ("FLSA").

### JURISDICTION AND VENUE

2. Jurisdiction of this Court is founded in Section 216(b) of the FLSA and Sections 1331 and 1367 of Title 28 of the United States Judicial Code, 28 U.S.C. 1331, 1367.

3. The claims herein arise under Sections 207(a)(1), 215 and 216 of the FLSA. In connection with the acts and course of conduct alleged in this Complaint, the Plaintiff is engaged in commerce or in the production of goods for commerce. Furthermore, the Defendant is an employer who engages in commerce or in the production of goods for commerce.

4. Venue is proper in this District under Section 1391 of Title 28 of the United States Judicial Code because a substantial part of the acts and conduct charged herein occurred in this District.

## PARTIES

5. Plaintiff, Benny Townsend, is a citizen and resident of the State of Alabama. Townsend was an employee employed by Arrow Exterminators, Inc. within the meaning of the FLSA.

6. Defendant, Arrow Exterminators, Inc., is a Georgia corporation with its principal place of business in Homewood, Alabama. Arrow Exterminators, Inc. is an employer within the meaning of the FLSA.

## PLAINTIFF'S ALLEGATIONS

7. The Plaintiff brings this action pursuant to Section 216(b) of the FLSA on behalf of himself. The Plaintiff has been victimized by a pattern or policy which is in violation of the FLSA.

8. Plaintiff, Benny Townsend, was a full-time employee employed at Arrow Exterminators, Inc. He was based at the location at Homewood, Alabama. At all relevant times, the Plaintiff was performing the job functions and duties as an exterminator.

9. Plaintiff, Benny Townsend, has been paid on a salaried basis throughout his employment with Arrow Exterminators, Inc. At all relevant times, Townsend was paid a salary at an hourly rate of $26.24 per hour. In all respects, he was treated as an exempt salaried employee, when he, in fact, was not an exempted employee.

10. During his employment, Townsend was required to work in excess of forty (40) hours a week. In fact, Townsend worked an average of approximately 408 hours of overtime per year. Townsend was always compensated at the regular salary rate, which was $2274 per bi-monthly pay period, even when he worked overtime hours for a given work week.

11. On numerous occasions, Townsend was required to work in excess of forty hours during a single work week for which he received no overtime compensation at all, only his basic

salaried rate. During the business week, during Monday through Friday, Townsend worked a varying schedule, generally beginning between 7AM-10AM and ending the work day around 5PM or later, sometimes working late into the evening.

12. This illegal and wrongful pattern or practice on the part of Arrow Exterminators, Inc. with regard to overtime compensation was, and is, in violation of the FLSA and was carried out by Arrow Exterminators, Inc. by illegal, wrongful pattern or practice regarding overtime compensation policies for Benny Townsend.

13. At all times relevant to this Complaint, the Plaintiff was a non-exempt employee for purposes of overtime compensation.

### FIRST CLAIM FOR RELIEF
### FLSA, 29 U.S.C. §§ 207, 216(b)

14. Plaintiff incorporates herein by reference all of the allegations contained in this complaint.

15. Defendants' practice of failing to pay overtime compensation for all work in excess of forty (40) hours to non-exempt employees, including the Plaintiff, was in violation of the FLSA.

16. Plaintiff is entitled to an award of his unpaid overtime compensation (at the rate of one and one-half times his regular pay) for the time period commencing in November 2015 until April 2017.

WHEREFORE, Plaintiff prays for judgment against the Defendants for unpaid overtime for the time period encompassing November 2015 until the date of any final award made to his, as the case may be, plus prejudgment interest, compensatory damages, liquidated damages, attorneys' fees, and such other further relief as the Court may deem just and proper.

## SECOND CLAIM FOR RELIEF
## FLSA, 29 U.S.C. §§ 207, 216(b)

17. Plaintiff incorporates herein by reference all of the allegations contained in this complaint.

18. Defendants' practice of failing to pay overtime compensation for all or some work in excess of forty hours to non-exempt employee, Benny Townsend, was in violation of the FLSA.

19. Defendants' violations of the FLSA were done willfully. Defendants either knew or showed reckless disregard as to whether their conduct was prohibited by the FLSA.

20. Plaintiff is entitled to an award of his unpaid overtime compensation (at the rate of one and one-half times his regular pay) for the time period commencing in November 2015 until April 2017.

21. Additionally, Plaintiff is entitled to an award of liquidated damages under the FLSA in an amount equal to the amount of unpaid overtime compensation, as well as prejudgment interest, attorneys' fees and costs, all to be determined at the trial.

WHEREFORE, Plaintiff prays for judgment against the Defendants for unpaid overtime for the time period encompassing November 2015 until the date of any final award made to his, as the case may be, plus prejudgment interest, compensatory damages, liquidated damages, attorneys' fees, and such other further relief as the Court may deem just and proper.

## JURY DEMAND

The Plaintiff hereby demands a jury for the trial of this cause.

*/s/ James E. Hill*
James E. Hill (HIL056)

**HILL, HILL & GOSSETT, PC**
2603 Moody Parkway, Suite 200
P. O. Box 310
Moody, Alabama 35004
P: (205) 640-2000
jhill@hhglawgroup.com

**SERVE DEFENDANT:**

Arrow Exterminators, Inc.
c/o CT Corporation Systems
2 North Jackson St., Suite 605
Montgomery, AL 36104